```
Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
Mark T. Freeman, Esq. (S.B. #293721)
```
**COLE & VAN NOTE**
```
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: mtf@colevannote.com
```

*Attorneys for Representative Plaintiff and the Plaintiff Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KRAUTH, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STIIIZY, INC.,<br><br>Defendant. | Case No. 2:25-cv-00517-GW-RAO<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Robert Krauth ("Plaintiff") hereby gives Notice that the above-captioned case is voluntarily dismissed without prejudice.

Dated: March 21, 2025   By:   */s/ Mark T. Freeman*
                              Mark T. Freeman, Esq. (CA S.B. #293721)

*Attorneys for Representative Plaintiff and the Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

<i>/s/ Mark T. Freeman</i><br>
Mark T. Freeman, Esq.