# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KRAUTH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STIIIZY, INC.,<br><br>　　　　　Defendant. | Case No.  CV 25-517-GW-RAOx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

　　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

　　　IT IS SO ORDERED.

Dated: March 24, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE